UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>T.L. CAMPBELL,<br><br>    Respondent. | Case No. 5:24-cv-00754-WDK-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report were filed. The Court accepts the Report and adopts it as its own findings and conclusions.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action without prejudice.

Dated: July 31, 2025

_____
HON. WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE