JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>T.L. CAMPBELL,<br><br>    Respondent. | Case No. 5:24-cv-00754-WDK-PD<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is DENIED, and this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

Dated: July 31, 2025

                                                HON. WILLIAM D. KELLER<br>                                                UNITED STATES DISTRICT JUDGE